# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>VONTRAIL RUTLAND and<br>CHANCE ENGLAND<br><br>*Defendant(s)* | Case No. 3:21-MJ-1027 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 20, 2021_____ in the county of _____Blount_____ in the _____Eastern_____ District of _____Tennessee_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951 | Hobbs Act Robbery |
| 18 U.S.C. § 924(c) | Use of a firearm in furtherance of a crime of violence |

This criminal complaint is based on these facts:

Please see the affidavit of ATF Agent Thomas Waggoner, which is attached hereto and fully incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Thomas Waggoner, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/11/2021

*Judge's signature*

City and state: Knoxville, Tennessee

Hon. Debra C. Poplin, United States Magistrate Judge
*Printed name and title*

I, Special Agent Thomas Waggoner, being duly sworn, state the following:

I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have worked in law enforcement for approximately 8 years, and I have been employed as a Special Agent with ATF since January of 2016. In the performance of my duties with ATF, I have investigated and participated in investigations involving federal firearms violations, the criminal activities of street gangs and group related violence, and narcotic trafficking organizations.

1. The information set forth in this Affidavit is based upon my review of criminal history records, discussions with other law enforcement officers, and the review of reports and other documents.

2. On November 29, 2020, Officers with the Alcoa, TN Police Department (APD) were dispatched to Gas Express located at 4510 Airport Hwy Alcoa, TN, in reference to an armed robbery.

3. Once on scene, Officers made contact with the Gas Express employee/victim, Nichole Boone. Boone stated she was behind the register and had assisted a customer, later identified as Ricky Pack. She stated that as Mr. Pack began to leave, she turned to get her jacket and saw what she thought were two (2) more customers come into the store. She suddenly heard someone screaming, "give me the money, where is the safe." Boone stated that she observed a black male wearing a mask (Furthermore referred to a *SUSPECT #1*) that had a firearm pointed at the back of Mr. Pack's head, and a white male with a mask and gray back pack (Furthermore referred to as *SUSPECT #2*). *SUSPECT #2* came behind the counter and took approximately $1,800.00 of US Currency (USC) from the cash register, according to the business owner.

4. Officers also interviewed Mr. Pack. He stated that while heading toward the register *SUSPECT #1* and *SUSPECT #2* entered the store. Mr. Pack described *SUSPECT #1* as being at least six foot tall with an off brand camo pull over sweater and a colorful face mask. He advised that *SUSPECT #1* came up behind him and had placed a charcoal colored semi-automatic handgun to the back of his head. Pack stated that *SUSPECT #1* kept screaming for him to get on the ground, but he refused. Pack stated he slipped his knife out and held it in his hand while trying to keep an eye on Boone to make sure the two suspects did not harm her. Pack stated *SUSPECT #1* told *SUSPECT #2* to check under the counter for a safe, but were not successful in locating it.

5. After securing the USC from the cash register, both suspects went to exit the Gas Express. At some point during the attempted exit, Pack stabbed *SUSPECT #1* in the back

with his knife. Pack stated once he stabbed *SUSPECT #1*, they turned and looked at him and then took off running out the door with *SUSPECT #2*. Pack stated he observed a black SUV drive from around the rear-left area of the store in a reckless manner, and entered Airport Highway traveling north bound. Both Mr. Pack and Ms. Boone advised that they never observed *SUSPECT #2* with any weapons. The knife was collected and placed into evidence.

6. Another witness, identified as Justyn Powers, stated he was pulling into the business when a dark colored SUV almost ran him off the road coming from the side of the business and traveled north bound on Airport Hwy.

7. A store manager, Arkvindkumar Kalaria and another store associate, Stuti Vachhani, responded to the scene to assist investigators with obtaining video footage of the incident. Video footage was obtained and observed. The video showed the incident and it was consistent with the stories provided by both Boone and Pack.

8. A Blount County, TN Sheriff's Office (BCSO) Deputy advised that he left the store just before the robbery. He noted that while he was pulling in he observed a black sport utility vehicle sitting off to the side of the business. After he left he received a call that the store had been robbed. He immediately turned around and was able to get behind the same suspicious SUV driving without its lights on. They entered into Knoxville and he made the decision to conduct a traffic stop and check the occupants. As he approached the vehicle he noticed the driver to be a black male and the passenger to be a white male. Having knowledge that this description matched the one provided by the complainant, he instructed the driver to toss the keys out of the driver's window and he complied. He inquired as to where they were going and they replied to Knoxville to see some girls. The deputy went back to his vehicle to check some information and both occupants exited the vehicle and fled on foot.

9. BCSO and Knox County, TN Sheriff's Office (KCSO) K9 Deputies arrived on scene of the stop and initiated a K9 track. The track was terminated and the suspects were not apprehended. It was discovered that the vehicle was a black 2017 Kia Sorento, registered to a Jamie Bridges. Investigators with KCSO contacted APD in reference to possible information on one of the suspects. They advised that they were familiar with Bridges and knows that she either dates or has a small child by a black male by the name of Vontrail RUTLAND (*SUSPECT #1*). KCSO responded to their known address in an attempt to make contact with RUTLAND and assist in the investigation. This attempt was unsuccessful. Attempted contacts with Bridges were also unsuccessful.

10. The vehicle was taken into evidence at the Alcoa Police Department. Investigators obtained and executed a search warrant for the vehicle and it was processed for additional evidence. Investigators located a camouflage hat that appeared to be the same style and color shade as the one worn by the white male offender in the video. They also located mail belonging to a Chance Avatar ENGLAND (*SUSPECT #2*) and several items with RUTLAND's name on them such as mail, a Florida driver's license and other plastic cards. Some items such as the hat, mail with England's name and items with Rutland's name were collected and placed into evidence at the Alcoa Police Department. A red substance suspected to be blood was on the backrest of the driver's seat, which was consistent with the stabbing incident described above. Suspected blood samples from the seat and other DNA evidence from the knife and hat were collected and were sent to the Tennessee Bureau of Investigation (TBI) for analysis.

11. On December 1, 2020, investigators made contact with Bridges via telephone and advised her that her vehicle was at APD and was ready for her to pick up. She advised that she was currently in Florida and wouldn't return for two weeks.

12. On December 3, 2020, Knoxville, TN Police Department (KPD) Detectives contacted APD advising that Bridges had contacted them in reference to reporting her vehicle stolen.

13. On December 4, 2020, APD investigators received a phone call from Bridges who advised that she was still in Florida. They inquired if there any reason as to why RUTLAND would have her vehicle or if he would have stolen her vehicle. She advised that there is no reason as to why he would have it and that he has his own vehicle. She noted that she had left a key underneath her driver's seat for someone to work on it. She advised that Rutland doesn't know the key is there.

14. Investigators responded to several addresses in Knoxville in an attempt to make contact with Jamie Bridges. Through the investigation, contact was made with Bridges via FaceTime via her sister's phone. During the conversation, she advised that she rented a vehicle in her name from Enterprise Rent A Car on November 30th, 2020, the day after the robbery occurred, and drove to Florida. I asked her for Rutland's phone number and she noted that she had to call a friend to get a hold of him due to him not having a phone. She provided me the number 425-319-1435. Upon attempting to call the number, it went to voicemail and a male identifying himself as "Chance" was on the greeting. Investigators then responded to 9015 Ten Mile Rd Knoxville, TN in an attempt to contact ENGLAND and learned that he had since left the complex without notice. A computer check revealed him to have an address in Brentwood Apartments in Knoxville, TN. Upon

responding to that location investigators learned that he had been staying with a female by the name of Tracey Brown who had also left the complex without notice. Through the investigation, detectives also learned that RUTLAND, ENGLAND, Bridges, and Brown all have ties to Florida.

15. Contact was made with Risk Management at Enterprise Rent A Car via telephone. They advised us that the vehicle was returned to their office in Palm Bay, Florida on December 3, 2020 at 15:43hrs. A message was left for the manager requesting video surveillance of the transaction. A subpoena for the Enterprise Rent A Car records were also completed.

16. On December 8, 2020, the signed copy of the subpoena was emailed to Michael Salazar with risk management, to retrieve the requested information.

17. On December 10, 2020, investigators made contact with Brandy Bridges, Jamie's sister, via telephone, who currently resides in Florida. While on the phone call we asked her if she was willing to answer a couple yes or no questions and she agreed. We asked her if Rutland is at her residence. She replied "yes". We also asked if he had a fresh stab wound on his back and again she replied "yes". We questioned if he had gone anywhere to seek treatment for the wound and she replied "no". The call was terminated soon after. A short time later investigators contacted Brandy again in reference to speaking with Jamie. Once on the phone with Jamie, she denied that RUTLAND was in Florida and claimed that she doesn't know where he's at. Once on the phone with Brandy again, she advised that they recognized the phone number during the last phone call, and Rutland left the residence. She also advised that Jamie drove RUTLAND to Florida.

18. Based on the investigation to this point, a warrant was obtained for Bridges for false reports, and a warrant was obtained for RUTLAND for Robbery.

19. On January 7, 2021, investigators were contacted by the United States Marshall's Service (USMS) Fugitive Task Force. They advised that they had a possible location on Rutland at an apartment in West Knoxville, TN. Investigators responded to the area and the USMS made contact with Jamie Bridges. Bridges was arrested and taken into custody. She was transported to the APD for an interview. Once at the police department Bridges was advised of her Miranda Rights, which she waived. During the interview she denied taking Rutland to Florida after the robbery. She noted that he went with her on the previous trip but not this time. She advised that she talks to Rutland on occasion but is unaware of his whereabouts. She advised that she was only back in Tennessee to gather some belongings from her apartment and she was going back to Florida. She noted that she left her small children in Florida under the care of her sister.

20. Investigators asked Bridges for consent to download her phone and she denied. The phone was seized pending a search warrant and placed into evidence at the APD. Bridges was transported to the Blount County, TN Jail and booked on the outstanding false report warrant. Later this evening, investigators made contact with RUTLAND via telephone in reference to him coming in to speak with them about the case. During their conversation, Rutland stated that he wanted to press charges on the male who stabbed him in the back. The following day, Bridges made bond. Further investigation revealed that her bond was paid by RUTLAND who used a credit card over the phone.

21. On January 26, 2021, RUTLAND turned himself in at the Blount County, TN Justice Center. RUTLAND was transported to APD for an interview. During the interview, Rutland admitted to committing the robbery. He advised that he was complaining to his associate (name not given) about being broke, his business not doing well, and Christmas being close. The associate told him that the store had $15,000.00 cash, and they made the decision to rob the store. The unknown associate is believed to be Chance ENGLAND by investigators. Investigators inquired with him as to why he didn't shoot the customer that stabbed him in the back. He indicated that he didn't want to kill anyone but he could have killed him if he wanted to. He further corroborated the story about being stopped after the robbery and fleeing on foot. He advised that he told Bridges the name of the second male involved prior to turning himself in. He indicated that Bridges would tell us the name in exchange for a deal on her prior charges of false reports. Investigators called Bridges, placed her on speaker phone, and she also demanded a written deal on her charges before she would forthcoming the name of the second individual.

22. On January 27, 2021, Jamie Bridges responded to the APD in reference to picking up her vehicle. Investigators met Bridges in the lobby and asked if she would be willing to speak with them and she agreed to do so. Investigators questioned Bridges about the identity of the second male involved in the robbery. She identified the second male as Chance Avatar ENGLAND. She stated that the night of the robbery she received a phone call from RUTLAND telling her to pick them up after they fled the vehicle on the traffic stop. She advised that her and one of RUTLAND's friends (person unknown) picked them up on an unknown street and drove RUTLAND to a hospital approximately an hour and a half away. She was unable to provide the name of the hospital. She also admitted to renting the vehicle the next day and driving Rutland to Florida.

The aforementioned violations occurred in the city of Alcoa, County of Blount, and the Eastern District of Tennessee.

The forgoing is true and correct to the best of my knowledge and belief.

Further your affiant sayeth not.

_____
Special Agent Thomas Waggoner
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me this 11th day of February, 2021.

_____
Debra C. Poplin
United States Magistrate Judge